BROTHER INTERNATIONAL SEWING MACHINE CORPORATION OF LOUISIANA, Appellant,

v.

Vic CARACCI, Appellee.

Vic CARACCI, Appellant,

v.

BROTHER INTERNATIONAL SEWING MACHINE CORPORATION OF LOUISIANA, Appellee.

No. 21308.

United States Court of Appeals
Fifth Circuit.

Feb. 12, 1965.

Lucien M. Gex, Jr., Hartel & Kenny, New Orleans, La., for appellant-appellee.

Steven R. Plotkin, New Orleans, La., David A. Harris, Jackson, Miss., for appellee-appellant.

Before JONES and BROWN, Circuit Judges, and SHEEHY, District Judge.

PER CURIAM:

The district court had for consideration the construction of a contract, its breach and termination, the resulting damages and related questions. From its judgment both parties have appealed. Being unpersuaded that the district court committed error, its judgment is

Affirmed.

FIRST SMALL BUSINESS INVESTMENT COMPANY OF LOUISIANA, Inc., Appellant,

v.

M. A. HOLAHAN, Trustee of Crane Clothing Company, Inc., Bankrupt, Appellee.

No. 21558.

United States Court of Appeals
Fifth Circuit.

Feb. 12, 1965.

John M. Holahan, New Orleans, La., for appellant.

Edward M. Heller, Joseph E. Friend, New Orleans, La., for appellee.

Before JONES and BROWN, Circuit Judges, and SHEEHY, District Judge.

PER CURIAM:

No error appearing, the judgment of the district court is

Affirmed.